PER CURIAM.
AFFIRMED. Lowe v. State, 605 So.2d 505 (Fla. 5th DCA 1992), rev. denied, 613 So.2d 6 (Fla.1992). Accord, Moody v. State, 22 Fla. L. Weekly D488, — So.2d - (Fla. 2d DCA Feb. 19, 1997), rev. granted, 694 So.2d 739 (Fla.1997); White v. State, 618 So.2d 354 (Fla. 1st DCA 1993). Contra, State v. Mor *893 ales, 678 So.2d 510 (Fla. 3d DCA 1996); Hill v. State, 652 So.2d 904 (Fla. 4th DCA 1995).
PETERSON, C.J., and GOSHORN and ANTOON, JJ., concur.